| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 07/13/09 | $5,683.38 | $0.00 | $113.00 |

Account number: ▓▓▓▓▓▓▓▓ 6565

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

▓▓▓▓▓▓ 6565 ▓▓▓▓▓▓

10588 BEX 9 16909 C
RONALD S BATOR
34464 COWAN RD
WESTLAND MI 48185-2336

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆    99989500 26 5655⑈

## CHASE

Statement Date: 05/19/09 - 06/18/09

Minimum Payment: $113.00
Payment Due Date: 07/13/09

Manage your account online:
www.chase.com/creditcards

Additional contact information conveniently located on reverse side

### ACCOUNT SUMMARY

MASTERCARD Account Number: ▓▓▓▓▓▓▓▓ 6565

| | | | |
|---|---|---|---|
| Previous Balance | $3,348.72 | Total Credit Line | $24,500 |
| Purchases, Cash, Debits | +$2,256.07 | Available Credit | $18,816 |
| Finance Charges | +$78.59 | Cash Access Line | $24,500 |
| New Balance | $5,683.38 | Available for Cash | $18,816 |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/18 | INTERVAL TRA*Exchange 888-988-8222 FL | 154.00 |
| 05/18 | SINGLESNET.COM 7817072411 MA | 24.95 |
| 05/19 | CVS PHARMACY #8065 Q03 WESTLAND MI | 133.18 |
| 05/26 | 81601 CHECK TO SOLO MARKETING | 800.00 |
| 05/28 | TRANSACTION FEE | 24.00 |
| 05/28 | RN *RHAPSODY MUSIC 866-834-5509 WA | 12.99 |
| 06/03 | OLD GLORY FLAGS LIVONIA MI | 77.38 |
| 06/05 | 82773 CHECK TO CASH | 1,000.00 |
| 06/09 | TRANSACTION FEE | 30.00 |
| 06/10 | FISH CO CANCUN QROO | 53.57 |
| | 06/12 MEXICAN PESO  710.00 X 0.073253521 (EXCHG RATE) + 1.56 (EXCHG RATE ADJ) | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .01984% | 7.24% | $3,742.35 | $23.02 | $0.00 | $0.00 | $23.02 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .01984% | 7.24% | $0.00 | $0.00 | $54.00 | $0.00 | $54.00 |
| Promotional summary | .00819% | 2.99% | $619.95 | $1.57 | $0.00 | $0.00 | $1.57 |
| Promotional summary | .00000% | 0.00% | $451.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $78.59 |

**Effective Annual Percentage Rate (APR):**    17.01%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Get unlimited local & long distance calling with Vonage for the low price of $24.99/Month. 25 great features @ no extra cost. High speed internet required. See Vonage.com/911. For details call Vonage at 866-589-3608. Identify yourself as a Chase Cardmember (this is NOT a Chase customer service #).


EXHIBIT A

## ACCOUNT SUMMARY

Account Debtor:    RONALD S BATOR  
                          ***-**-4166  
                          34464 COWAN RD  
                          WESTLAND, MI 48185-2336  
Account Number:    ▓▓▓▓▓▓6565  
Referral Balance    $ 7,011.86  
Open Date:    10/06/2004  
Filing Date:    07/15/2009  
Bar Date:    10/13/2009  
Last Payment Date:    05/05/2009

The account transactions listed below are based on information contained in the account records of Chase Bank USA, NA. Some of the transactions occurred after the closing date of the last statement for the account.

| Transaction Code | SIC Code | Transaction Date | Post Date | Transaction Amount | Debit Credit | Transaction Description | Transaction Type |
|---|---|---|---|---|---|---|---|
| 0403 | 6010 | 6/18/09 | 6/18/09 | $1.57 | D | PURCHASE *FINANCE CHARGE* | Purchase Finance Charge |
| 3001 | 7273 | 6/18/09 | 6/21/09 | $24.95 | D | SINGLESNET.COM 7817072411 MA | Sales Draft |
| 0403 | 6010 | 6/18/09 | 6/18/09 | $23.02 | D | PURCHASE *FINANCE CHARGE* | Purchase Finance |
| 3001 | 5968 | 6/28/09 | 6/29/09 | $12.99 | D | RN *RHAPSODY MUSIC 866-834-5509 WA | |
| 7233 | 4 | 7/7/09 | 7/9/09 | $1227.00 | | 83331 CONVENIENCE CHECK | |
| 0401 | 6010 | 7/9/09 | 7/9/09 | $24.54 | D | TRANSACTION FEE | |
| 0402 | 6010 | 7/13/09 | 7/13/09 | $39.00 | D | LATE FEE | |

Ronald S. Bator
34464 Cowan Rd.
Westland, MI 48185-2336

• Must post to your account by 05/31/2009 to get your promotional APR. Check void for all purposes after 09/30/2009.

1601
999
56-1551/441

Date 5-22-09

Pay To The Order Of  Solo Marketing    $ 800.00

Eight Hundred —————————————— Dollars

Payable Through:
Chase BankCard Services, Inc.
Westerville, OH 43081

113-401-04/09-1

Memo _____    Signature  Ronald S Bator  VP

For Deposit
ENDORSE HERE
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE(S)
Union Bank of California, N.A.

Date Requested : 09/01/2009
Requested By: Frank Clingerman
Query ID: IPSProdApp3_12107945

| Date Processed | MICR Account | Check Number | Check Amount | Block / Sequence |
|---|---|---|---|---|
| 05/27/2009 | ▓▓▓▓▓▓▓▓ | 1601 | $800.00 | 805983474 |

Ronald S. Bator
34464 Cowan Rd.
Westland, MI 48185-2336

* Must post to your account by 07/15/2009 to get your promotional APR. Check void for all purposes after 11/30/2009. Check maximum of $20,000.

2773
999
56-1551/441

Date 6-5-09

Pay To The Order Of Cash  $ 1,000.00

One Thousand                                              DOLLARS

Payable Through:
Chase BankCard Services, Inc.
Westerville, OH 43081
113-607-05/09/1

Memo KB

Signature Ronald S Bator
MP

Date Requested : 09/01/2009
Requested By: Frank Clingerman
Query ID: IPSProdApp3_12107954

| Date Processed | MICR Account | Check Number | Check Amount | Block / Sequence |
|---|---|---|---|---|
| 06/08/2009 | | 2773 | $1000.00 | 805032762 |

Ronald S. Bator
34464 Cowan Rd.
Westland, MI 48185-2336

• Must post to your account by 07/31/2009 to get your promotional APR. Check void for all purposes after 07/31/2009 Check maximum of $30,000

Date  7-7-09

3331
999
56-1551/441

Pay To The Order Of  Gregory L. Dodd    $ 1,227.00

One Thousand Two Hundred Twenty Seven    DOLLARS

Payable Through:
Chase BankCard Services, Inc.
Westerville, OH 43081

113-462-06/09-1

Memo  Attorney Fees

Signature  Ronald L. Bator

PAY TO THE ORDER OF
NBD BANK, N.A.
FOR DEPOSIT ONLY
GREGORY L. DODD
CLIENT TRUST ACCOUNT

Date Requested : 09/01/2009
Requested By: Frank Clingerman
Query ID: IPSProdApp3_12107926

| Date Processed | MICR Account | Check Number | Check Amount | Block / Sequence |
| --- | --- | --- | --- | --- |
| 07/08/2009 | [redacted] | 3331 | $1227.00 | 809107795 |