# United States Bankruptcy Court
## Eastern District of Michigan
### Detroit Division

In re **Ronald Stanley Bator**  
Debtor(s)

Case No. **09-62045**  
Chapter **7**

CHASE BANK USA, N.A.

    Plaintiff,

vs.

RONALD S. BATOR  
a/k/a RONALD STANLEY BATOR,

A. P. No. 09-06603

Hon. Walter Shapero

## ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Paragraphs 1 through 6 are hereby repeated and incorporated as if fully set forth herein.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.
14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted, but defendant affirmatively asserts that at the time of the Chapter 7 filing, he expected his self-employment income to increase somewhat, but through no fault of his own his income declined even further after the filing of the Chapter 7 case, because not as many people were buying life insurance from him.

20. Denied, because defendant is self-employed selling life insurance from his home, and he did not expect his business to decline as it later did after the Chapter 7 filing, a decline which was not forseen and was no fault of the defendant's.

21. Denied, for the reasons stated in 19-20 above.

22. Denied, for the reasons stated in 19-20 above.

23. Denied that defendant made "false representations," for the reasons stated in 19-20 above, and defendant further asserts that the general state of the economy provided the same "red flags" to defendant as they should have to plaintiff.

24. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

25. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

26. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

27. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

28. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

29. Denied that any misrepresentations were made, for the reasons stated in 19-20 above.

WHEREFORE, Defendant prays for an Order to deny the Plaintiff's Motion, and award attorney's fees and costs or any other such relief as the Court may deem appropriate.

Respectfully submitted,

Dated: **November 13, 2009**

**/s/ Gregory L. Dodd (P-43404)**
**Gregory L. Dodd (P-43404)**
**Attorney for Defendant Ronald Bator**
**300 North Huron Street**
**Ypsilanti, MI 48197**

**Telephone: (734) 487-2611**
**gregorydodd@doddkeyeslaw.com**