**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE: RONALD STANLEY BATOR,                 Case No. 09-62045-WSD
                                             Chapter 7
                                             Hon. Walter Shapero

                    DEBTOR.
_____/
CHASE BANK USA, N.A.,
                                             A.P. No. 09-06603
                    PLAINTIFF,
        vs.

RONALD S. BATOR
a/k/a RONALD STANLEY BATOR,

                    DEFENDANT.
_____/

### REPORT OF PARTIES' RULE 26(f) CONFERENCE

        Pursuant to Fed.R.Bank.P. 7026 and Fed.R.Civ.P. 26(f), counsel for Plaintiff and counsel

for Defendant met and prepared this Rule 26(f) conference report.

        (1)     <u>Initial Disclosures</u> required by Fed.R.Civ.P. 26(a)(1).

        [ x ]   Plaintiff's Initial Disclosures were filed on October 15, 2009;

        [ x ]   The Defendant agrees to provide the Initial Disclosures on or before January 15,

        2010

        (2)     <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery

plan: (Use separate paragraphs or subparagraphs as necessary if parties disagree.)

(a)     Discovery will include but is not limited to the Defendant's intent to repay the debt identified in the complaint, his financial condition and ability to repay, other debts owed by Defendant as well as his reasons and/or defense for incurring the charges at issue and the circumstances surrounding the charges at issue.

(b)     All discovery commenced in time to be completed by April 1, 2010.

(c)     Maximum of 25 interrogatories by each party to any other party. [Responses due 30 days after service.]

(d)     Maximum of 45 requests for admission by each party to any other party. [Responses due 30 days after service.]

(e)     Maximum of 1 deposition by Plaintiff.

(f)     Each deposition limited to maximum of 4 hours unless extended by agreement of parties.

(g)     Reports from retained experts under Rule 26(a)(2) due from Plaintiff by February 26, 2010.

(h)     Supplementations under Rule 26(e) due February 1, 2010, if applicable.

(3)     Other Agreed Upon Items.  [Use separate paragraphs or subparagraphs as necessary if parties disagree.

(a)     The parties should be allowed until February 1, 2010 to join additional parties and until February 1, 2010 to amend the pleadings.

(b)     All potentially dispositive motions should be filed by April 15, 2010.

(d)     The proceeding should be ready for trial by May 3, 2010.  The trial is expected to take approximately ½  trial day.

(e)     <u>Jury Trial Matters</u>

(i)     [ x ] a jury trial was not timely demanded and is waived; or

[   ] a jury trial was timely demanded, but is not waived.

(f)     The parties agree that:

[ x ] This is a core proceeding, or

[    ] this is a non-core proceeding otherwise related to the bankruptcy case.

(4)     <u>Other matters</u>.

None


(5)     <u>Matters not agreed upon or insufficiently address by the foregoing</u>.

None


DATE: December 30, 2009                    <u>/s/ John P. Kapitan</u>
                                           John P. Kapitan, Esquire
                                           Trott & Trott, P.C
                                           Attorneys for Plaintiff
                                           31440 Northwestern Highway, Suite 200
                                           Farmington Hills, MI  48334
                                           Telephone: (248) 723-5067
                                           easternECF@trottlaw.com


                                           <u>/s/ Gregory L. Dodd                        </u>
                                           Gregory L. Dodd (P43404)
                                           Attorney for Defendant
                                           300 North Huron Street
                                           Ypsilanti, MI 48197
                                           (734) 487-2611
                                           gregorydodd@doddkeyeslaw.com