# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:

| | |
|---|---|
| RONALD STANLEY BATOR, | Case No. 09-62045-wsd |
| | Chapter 7 |
| DEBTOR. | Hon. Walter Shapero |

CHASE BANK USA, N.A.,

      PLAINTIFF,

      vs.                                   A.P. No. 09-06603-wsd

ROANLD S. BATOR
a/k/a RONALD STANLEY BATOR,

      DEFENDANT.

## JOINT STIPULATION AND REQUEST FOR COURT APPROVAL EXTENDING DEADLINES AND CONTINUING TRIAL DATE

      Chase Bank USA, N.A. ("Chase"), and Ronald S. Bator a/k/a Ronald Stanley Bator, by and through their counsel, hereby stipulate and request this Honorable Court for approval extending the deadlines for completion of the parties' Discovery, Dispositive Motions, Pre-Trial Order, Pre-Trial Conference and continuing the Trial date, and in support thereof represents as follows:

      1.      On October 15, 2009, Chase timely filed a Complaint to Determine Dischargeability of Debt ("Complaint") against the Defendant pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(2)(C).

      2.      The Defendant filed an Answer to the Complaint on November 13, 2009.

      3.      On December 31, 2009, an Adversary Proceeding Scheduling Order was entered pursuant to the Report of Parties' Rule 26(f) Conference. Pursuant to the Scheduling Order and Report, all discovery was to be commenced in time to be completed by April 1, 2010, Dispositive

Motions to be filed by April 15, 2010, Joint Final Pre-Trial Order and Conference on May 19, 2010 and Trial on May 25, 2010.

5. Defendant's responses to Plaintiff's First Set of Discovery requests were received February 8, 2010.

6. The Plaintiff and Defendant, in good faith, have reached a settlement agreement subject to the execution of a stipulation in settlement and approval of the settlement by this Court.

7. It is anticipated that the parties will be able to file an executed stipulation before May 1, 2010.

8. For the reasons above, the parties agree that an extension of the discovery deadline for thirty (30) days would allow the parties time to execute and file the settlement documents with the Court, or, in the alternative, complete any additional discovery that may be necessary.

9. Neither party has made a prior request for continuance.

WHEREFORE, Plaintiff and Defendant respectfully request this Court to extend the deadlines and continue the Trial date for 30 days or any other such relief as the Court may deem appropriate.

Respectfully submitted,

| | |
|---|---|
| /s/ John P. Kapitan | /s/ Gregory L. Dodd |
| John P. Kapitan (P61901) | Gregory L. Dodd (P43404) |
| TROTT & TROTT, P.C. | 300 North Huron |
| 31440 Northwestern Highway, Suite 200 | Ypsilanti, MI 48197-2518 |
| Farmington Hills, MI 48334 | Telephone: (734) 487-2611 |
| Telephone: (248) 723-5067 | Email: ECF@doddkeyeslaw.com |
| Email: easternECF@trottlaw.com | Attorney for Defendant |
| Attorneys for Plaintiff | |