# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:

| | |
|---|---|
| RONALD STANLEY BATOR, | Case No. 09-62045-wsd |
| | Chapter 7 |
| DEBTOR. | Hon. Walter Shapero |

CHASE BANK USA, N.A.,

      PLAINTIFF,

      vs.            A.P. No. 09-06603-wsd

ROANLD S. BATOR
a/k/a RONALD STANLEY BATOR,

      DEFENDANT.

## ORDER APPROVING JOINT STIPULATION EXTENDING DEADLINES AND CONTINUING TRIAL DATE

AND NOW, upon consideration of the parties' Joint Stipulation to extend deadlines and continue trial date, and for good cause shown, it is hereby

ORDERED, that the Joint Stipulation to extend deadlines and continue trial date is **APPROVED**; and it is further

ORDERED, that the Discovery deadline is extended to May 1, 2010; and it is further

ORDERED, that the Dispositive Motion deadline is extended to May 15, 2010; and it is further

ORDERED, that the Final Pre Trial Conference is continued to _____, 2010; and it is further

ORDERED, that the Trial date is continued to _____, 2010.