# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

IN RE: RONALD STANLEY BATOR,   Case No. 09-62045-WSD
Chapter 7
Hon. Walter Shapero

        DEBTOR.
_____/

CHASE BANK USA, N.A.,

        A.P. No. 09-06603-wsd

        PLAINTIFF,
  vs.

RONALD S. BATOR
a/k/a RONALD STANLEY BATOR,

        DEFENDANT.
_____/

## ORDER

AND NOW, upon consideration of the Stipulation in Settlement filed in the above-captioned matter, it is

IT IS HEREBY ORDERED, that the Stipulation is hereby APPROVED, and

IT IS FURTHER ORDERED that judgment shall be and is hereby entered in favor of Chase Bank USA, N.A., and against Ronald S. Bator aka Ronald Stanley Bator, in the amount of $3,599.55, payable pursuant to the Stipulation of the parties, and that said judgment debt is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and § 523(a)(2)(C) as stipulated.

IT IS FURTHER ORDERED, that the Clerk of the Court shall mark the above-captioned adversary matter as CLOSED.

.

**Signed on April 15, 2010**

                                                                                          /s/ Walter Shapero
                                                                                           Walter Shapero
                                                                                           United States Bankruptcy Judge